1  Leo R. Beus (*Admitted Pro Hac Vice*)
   Quinton F. Seamons (*Admitted Pro Hac Vice*)
2  **BEUS GILBERT PLLC**
   4800 North Scottsdale Road
3  Suite 6000
   Scottsdale, Arizona 85251-7630
4  Telephone: (480) 429-3000
   Facsimile: (480) 429-3100
5
   Robert S. Green (Bar No. 136183)
6  **GREEN WELLING LLP**
   595 Market Street, Suite 2750
7  San Francisco, California 94105
   Telephone: (415) 477-6700
8  Facsimile: (415) 477-6710

9  Attorneys for Plaintiffs

10
                    UNITED STATES DISTRICT COURT
11
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13 | FRANK SCOGNAMILLO, an individual;
   | FRANK SCOGNAMILLO and ELLEN H.
   | SCOGNAMILLO in their capacities as
14 | Trustees for the SCOGNAMILLO FAMILY      Case No.: C03-02061 TEH
   | TRUST, UTA dated March 1, 1993; DAVID
15 | E. SHEIN, an individual; STEPHEN B.       [~~PROPOSED~~] **ORDER AUTHORIZING
   | GALASSO, an individual; STEPHEN B.        USE OF COMPUTER EQUIPMENT AT
16 | GALASSO and LINDA GALASSO in their        JULY 11, 2005 HEARING**
   | capacities as Trustees for the STEPHEN AND
17 | LINDA GALASSO FAMILY TRUST, UTA
   | dated August 26, 1998; and JOHN J. CRESTO,
18 | an individual;

19                  Plaintiffs,

20           vs.

21
   CREDIT SUISSE FIRST BOSTON LLC f/k/a
22 CREDIT SUISSE FIRST BOSTON
   CORPORATION, a Delaware corporation;
23 FRANK P. QUATTRONE, an individual;
   GEORGE F. BOUTROS, an individual;
24 STORM DUNCAN, an individual, WEST
   SHELL, III, an individual, and JOHN F.
25 LONGINOTTI, an individual;

26                  Defendants.

27

28

[PROPOSED] ORDER AUTHORIZING USE OF COMPUTER EQUIPMENT AT 7/11/05 HEARING
Case No.: C03-02061 TEH

1  This matter came before the Court on the application of Plaintiffs for an order authorizing
2  the use of and transport through security of computer equipment for a PowerPoint presentation at
3  a hearing on July 11, 2005.
4  
5  IT IS HEREBY ORDERED that Plaintiffs and their counsel listed below are authorized
6  to transport through security to Courtroom 12, the necessary computer equipment including a
7  laptop, projector, screen, and the related cabling in connection with the July 11, 2005 hearing set
8  for 10:00a.m.

DATED: _____

The Honorable Thelton E. Henderson
United States District Judge

*IT IS SO ORDERED*
*Judge Thelton E. Henderson*
(United States District Court, Northern District of California seal)

Submitted By:

Robert S. Green
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, California 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Leo R. Beus (*Admitted Pro Hac Vice*)
Quinton F. Seamons (*Admitted Pro Hac Vice*)
**BEUS GILBERT PLLC**
4800 North Scottsdale Road
Suite 6000
Scottsdale, Arizona 85251-7630
Telephone: (480) 429-3000
Facsimile: (480) 429-3100

Attorneys for Plaintiffs