IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK SCOGNAMILLO, et al.,

    Plaintiffs,

v.

CREDIT SUISSE FIRST BOSTON LLC, et al.,

    Defendants.

NO. C03-2061 TEH

ORDER RE: SUPPLEMENTAL BRIEFING

At the July 11, 2005 hearing on motions to dismiss brought by Defendants Shell, Longinotti, and Quattrone, Defendants relied on a recently decided Supreme Court case, *Dura Pharmaceuticals, Inc. v. Broudo*, 125 S. Ct. 1627 (2005), in opposing Plaintiffs' fraud claims. Because no party has had an opportunity to submit written arguments regarding that case, the Court now allows each party to file a supplemental brief, of no more than four pages, addressing the impact of *Dura Pharmaceuticals* on Plaintiffs' claims. All such briefs must be filed on or before **Friday, August 5, 2005.**

**IT IS SO ORDERED.**

DATED   07/21/05

    /s/
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT