Leo R. Beus (Admitted Pro Hac Vice)
Quinton F. Seamons (Admitted Pro Hac Vice)
**BEUS GILBERT PLLC**
4800 North Scottsdale Road, Suite 6000
Scottsdale, Arizona 85251-7630
Telephone: (480) 429-3000
Facsimile: (480) 429-3100

Robert S. Green (Calif. Bar No. 136183)
Elizabeth C. Guarnieri (Calif. Bar No. 208733)
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, California 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Attorneys For Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SCOGNAMILLO, an individual; FRANK SCOGNAMILLO and ELLEN H. SCOGNAMILLO in their capacities as Trustees for the SCOGNAMILLO FAMILY TRUST, UTA dated March 1, 1993; DAVID E. SHEIN, an individual; STEPHEN B. GALASSO, an individual; STEPHEN B. GALASSO and LINDA GALASSO in their capacities as Trustees for the STEPHEN AND LINDA GALASSO FAMILY TRUST, UTA dated August 26, 1998; and JOHN J. CRESTO, an individual;<br><br>                              Plaintiffs,<br><br>    vs.<br><br>CREDIT SUISSE FIRST BOSTON LLC f/k/a CREDIT SUISSE FIRST BOSTON CORPORATION, a Delaware corporation; GEORGE F. BOUTROS, an individual; and STORM DUNCAN, an individual,<br><br>                              Defendants. | Case No.: C03-02061 TEH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR FILING FOURTH AMENDED COMPLAINT UNTIL OCTOBER 12, 2005**<br><br>(JURY TRIAL DEMANDED)<br><br>Assigned To The Honorable Thelton E. Henderson |

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING FOURTH AMENDED COMPLAINT UNTIL OCTOBER 12, 2005
Case No.: C03-02061 TEH

Pursuant to Northern District Civil Local Rule 6-2, it is hereby stipulated and agreed among the plaintiffs, Frank Scognamillo, an individual; Frank Scognamillo and Ellen H. Scognamillo in their capacities as trustees for the Scognamillo Family Trust, UTA dated March 1, 1993; David E. Shein, an individual; Stephen B. Galasso, an individual; Stephen B. Galasso and Linda Galasso in their capacities as trustees for the Stephen and Linda Galasso Family Trust, UTA dated August 26, 1998; and John J. Cresto, an individual; and the defendants, Credit Suisse First Boston LLC f/k/a Credit Suisse First Boston Corporation, a Delaware corporation; George F. Boutros, an individual; and Storm Duncan, an individual; that the time for plaintiffs to file the Fourth Amended Complaint be extended for a period of nineteen (19) days from September 23, 2005 until October 12, 2005.

The reason for the requested extension of time to submit the Fourth Amended Complaint is to allow the parties additional time to meet and confer regarding plaintiffs' proposed amendments in the hope that further motion practice about the sufficiency of the complaint may be avoided. This extension would also allow plaintiffs time to possibly incorporate any suggestions made by defendants about areas of the complaint to which they would object. The parties are meeting and conferring in good faith regarding the proposed amendments to the Fourth Amended Complaint. This requested time modification will only affect the deadline for the defendants to answer or otherwise respond to the Fourth Amended Complaint, but will not affect the upcoming submission of the status conference statement on October 24, 2005 or the upcoming status conference on October 31, 2005.

Pursuant to Civil Local Rule 6-2(a)(2), the following is a list of all of the previous time modifications granted in this action:

1. On September 10, 2003, this Court entered the Joint Stipulation and Order Continuing Case Management Conference and Extending Time to Provide Initial Disclosures and Alternative Dispute Resolution Certification.

2. On January 13, 2004, this Court entered the Joint Stipulation and Order Granting Plaintiffs Leave to File a Second Amended Complaint, Setting Briefing Schedule, Continuing Case Management Conference, and Extending Time to Provide Initial Disclosures and Alternative Dispute Resolution Certification.

3. On February 26, 2004, this Court entered the Joint Stipulation and Order Extending Time to Respond to Second Amended Complaint, Setting Briefing Schedule, Continuing Case Management Conference, and Extending Time to Provide Initial Disclosures and Alternative Dispute Resolution Certification.

4. On May 4, 2004, this Court entered the Joint Stipulation and Order Granting Plaintiffs Leave to File a Third Amended Complaint, Setting Briefing Schedule, Continuing Case Management Conference, and Extending Time to Provide Initial Disclosures and Alternative Dispute Resolution Certification.

5. On June 3, 2004, this Court entered the Joint Stipulation and Order Setting Briefing Schedule, Continuing Case Management Conference, and Extending Time to Provide Initial Disclosures and Alternative Dispute Resolution Certification.

6. On September 21, 2004, this Court entered the Scheduling Order and Order Staying Discovery.

7. On November 3, 2004, this Court entered the Stipulation and Order Adjusting Hearing Date of Motion to Dismiss.

8. On April 29, 2005, this Court entered the Order Granting Stipulation to Allow Omnibus Opposition to Motions to Dismiss and Continuing Motion Hearing Date.

Respectfully submitted this 21 day of September 2005.

**GREEN WELLING LLP**

By: _____/s/_____

Robert S. Green
Elizabeth Guarnieri
595 Market Street, Suite 2750
San Francisco, California 94105

Leo R. Beus
Quinton F. Seamons
**BEUS GILBERT PLLC**
4800 North Scottsdale Road, Suite 6000
Scottsdale, AZ  85251-7630

Attorneys For Plaintiffs

1
2
3   **SHEARMAN & STERLING LLP**
4
5   By _____/s/_____
6   Stephen D. Hibbard
    Raymond A. Just
7   525 Market Street
    San Francisco, CA 94105
8
9   Attorneys For Defendants
10
11  **ORDER**
12  PURSUANT TO STIPULATION, IT IS ORDERED that plaintiffs shall file their Fourth
13  Amended Complaint no later than October 12, 2005.
14
15
16  September __21__, 2005                    _____
17                                            Hon. Thelton E. Henderson



STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING FOURTH AMENDED
COMPLAINT UNTIL OCTOBER 12, 2005
Case No.: C03-02061 TEH                                                    3