1  Stephen D. Hibbard (State Bar No. 177865)
2  Raymond A. Just (State Bar No. 204791)
   Alicia G. Huffman (State Bar No. 224391)
   Jiyoun Chung (State Bar No. 226900)
3  SHEARMAN & STERLING LLP
   525 Market Street, Suite 1500
4  San Francisco, California  94105-2723
   Telephone:    (415) 616-1100
5  Facsimile:    (415) 616-1199
   Email:        shibbard@shearman.com
6                rjust@shearman.com
                 alicia.huffman@shearman.com
7                jiyoun.chung@shearman.com

8  Robert B. McCaw (Admitted *Pro Hac Vice*)
   Fraser L. Hunter, Jr. (Admitted *Pro Hac Vice*)
9  WILMER CUTLER PICKERING HALE & DORR LLP
   399 Park Avenue
10 New York, New York  10022
   Telephone:    (212) 230-8800
11 Facsimile:    (212) 230-8888

12 Attorneys for Defendants
   Credit Suisse First Boston LLC,
13 George F. Boutros and Storm Duncan

14

15              UNITED STATES DISTRICT COURT

16        FOR THE NORTHERN DISTRICT OF CALIFORNIA

17              SAN FRANCISCO DIVISION

18 FRANK SCOGNAMILLO, an individual, et          Case No. C 03-02061 TEH
   al.,
19                                               Assigned to The Hon. Thelton E. Henderson
               Plaintiffs,
20                                               JOINT STIPULATION AND [PROPOSED]
          vs.                                    ORDER EXTENDING DEFENDANTS
21                                               CREDIT SUISSE FIRST BOSTON LLC,
   CREDIT SUISSE FIRST BOSTON LLC                GEORGE F. BOUTROS AND STORM
22 f/k/a CREDIT SUISSE FIRST BOSTON              DUNCAN'S TIME TO RESPOND TO
   CORPORATION, a Delaware Corporation; et       PLAINTIFFS' FOURTH AMENDED
23 al.,                                          COMPLAINT

24             Defendants.                       Judge:  The Honorable Thelton E. Henderson

25

26

27

28

JOINT STIP. AND PROPOSED ORDER                          CASE NO. C 03-02061 TEH
                                                        252672

1           WHEREAS, Plaintiffs filed their Fourth Amended Complaint on October 12, 2005;

2           WHEREAS, pursuant to Federal Rules of Civil Procedure 6 and 15, Defendants

3 Credit Suisse First Boston LLC, George F. Boutros and Storm Duncan's (the "CSFB

4 Defendants'") time to respond to the Fourth Amended Complaint is October 31, 2005;

5           WHEREAS, the Fourth Amended Complaint, notwithstanding the parties' meet

6 and confer efforts, presents a number of issues that the CSFB Defendants believe warrant early

7 judicial consideration;

8           WHEREAS, the 10 days provided by Rule 15, as adjusted for non-business days,

9 does not allow adequate time for a considered response, particularly in light of the CSFB

10 Defendants' ongoing efforts to proceed timely with document discovery;

11           WHEREAS, this short extension will not delay discovery or otherwise impede the

12 progress of this litigation; and

13           WHEREAS, the parties agree that by entering into this Stipulation, the CSFB

14 Defendants do not waive any rights to challenge any aspect of the Fourth Amended Complaint,

15 and Plaintiffs do not concede that any motion to dismiss is appropriate, but agree to the short

16 extension to respond to the Complaint.

17           NOW THEREFORE, the parties, by and among their undersigned counsel, hereby

18 jointly stipulate and request the Court order as follows:

19           1.     The time for the CSFB Defendants to move to dismiss or otherwise respond

20 to the Fourth Amended Complaint shall be November 14, 2005.

21 Dated: October 25, 2005          SHEARMAN & STERLING LLP

22

23                          By: _____
                                Raymond A. Bust

24          WILMER CUTLER PICKERING HALE & DORR LLP

25          399 Park Avenue
         New York, New York  10022

26

27          Attorneys for Defendants
         Credit Suisse First Boston LLC,
         George F. Boutros and Storm Duncan

28

1  Dated:  October 25, 2005                  BEUS GILBERT PLLC

2

3                                            By: _Quinton F. Seamons_

4                                                Quinton F. Seamons
                                                Leo R. Beus

5                                            4800 North Scottsdale Road, Suite 6000
                                             Scottsdale, AZ  85251-7630
6                                            Telephone: (480) 429-3000
                                             Facsimile: (480) 429-3100
7
                                             Robert S. Green
8                                            Elizabeth C. Guarnieri
                                             GREEN WELLING LLP
9                                            595 Market Street, Suite 2750
                                             San Francisco, California 94104
10                                           Telephone:  (415) 477-6700
                                             Facsimile:  (415) 477-6710
11

12                                           Attorneys for Plaintiffs

13

14

15             IT IS SO ORDERED.            ORDER

16  DATED: _____10/26/05_____    _Thelton Henderson_

17                                           HONORABLE THELTON E. HENDERSON

18

19

20

21

22

23

24

25

26

27

28

JOINT STIP. AND PROPOSED ORDER        2           CASE NO. C 03-02061 TEH
                                                                      252672