Stephen D. Hibbard (State Bar No. 177865)
Raymond A. Just (State Bar No. 204791)
Alicia G. Huffman (State Bar No. 224391)
Jiyoun Chung (State Bar No. 226900)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, California 94105-2723
Telephone:   (415) 616-1100
Facsimile:   (415) 616-1199
Email:   *shibbard@shearman.com*
   *rjust@shearman.com*
   *alicia.huffman@shearman.com*
   *jiyoun.chung@shearman.com*

Robert B. McCaw (Admitted *Pro Hac Vice*)
Fraser L. Hunter, Jr. (Admitted *Pro Hac Vice*)
WILMER CUTLER PICKERING HALE & DORR LLP
399 Park Avenue
New York, New York 10022
Telephone:   (212) 230-8800
Facsimile:   (212) 230-8888

Attorneys for Defendants
Credit Suisse First Boston LLC,
George F. Boutros and Storm Duncan

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK SCOGNAMILLO, an individual, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIT SUISSE FIRST BOSTON LLC f/k/a CREDIT SUISSE FIRST BOSTON CORPORATION, a Delaware Corporation; et al.,<br><br>Defendants. | Case No. C 03-02061 TEH<br><br>Assigned to The Hon. Thelton E. Henderson<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER VACATING CSFB DEFENDANTS' OBLIGATION TO RESPOND TO PLAINTIFFS' FOURTH AMENDED COMPLAINT AND SETTING SCHEDULE FOR FILING AND RESPONDING TO PLAINTIFFS' FIFTH AMENDED COMPLAINT<br><br>Judge: The Honorable Thelton E. Henderson |

---

JOINT STIP. AND PROPOSED ORDER                     CASE NO. C 03-02061 TEH

252672

WHEREAS, pursuant to a Joint Stipulation and Order signed by the Court on October 26, 2005, Defendants Credit Suisse First Boston LLC, George F. Boutros and Storm Duncan's (the "CSFB Defendants'") time to respond to the Fourth Amended Complaint is November 14, 2005;

WHEREAS, the parties continue their efforts to meet and confer on a number of issues regarding the Fourth Amended Complaint filed on October 12, 2005;

NOW THEREFORE, the parties, by and among their undersigned counsel, hereby jointly stipulate and request the Court order as follows:

1. The CSFB Defendants' obligation to respond to the Fourth Amended Complaint is vacated;

2. Plaintiffs shall file the Fifth Amended Complaint on or before November 23, 2005;

3. The CSFB Defendants shall file their responsive pleading to the Fifth Amended Complaint on or before December 23, 2005.

Dated: November 10, 2005         SHEARMAN & STERLING LLP

By: *Stephen D. Hibbard*
    Stephen D. Hibbard

WILMER CUTLER PICKERING HALE & DORR LLP
399 Park Avenue
New York, New York 10022

Attorneys for Defendants
Credit Suisse First Boston LLC,
George F. Boutros and Storm Duncan

| | | |
|---|---|---|
| 1 | Dated: November 10, 2005 | GREEN WELLING LLP |
| 2 | | |
| 3 | | By: /s/ Robert S. Green |
| 4 | | |
| 5 | | GREEN WELLING LLP<br>595 Market Street, Suite 2750<br>San Francisco, California 94105<br>Telephone: (415) 477-6700<br>Facsimile: (415) 477-6710 |

Leo R. Beus
Quinton F. Seamons
BEUS GILBERT PLLC
4800 North Scottsdale Road, Suite 6000
Scottsdale, AZ 85251-7630
Telephone: (480) 429-3000
Facsimile: (480) 429-3100

Attorneys for Plaintiffs

IT IS SO ORDERED.

ORDER

DATED: Nov. 10, 2005

/s/ Thelton E. Henderson
HONORABLE THELTON E. HENDERSON

---

JOINT STIP. AND PROPOSED ORDER          2          CASE NO. C 03-02061 TEH

253152