# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

FRANK SCOGNAMILLO, an individual, et al.,

    Plaintiffs,

    vs.

CREDIT SUISSE FIRST BOSTON LLC f/k/a
CREDIT SUISSE FIRST BOSTON
CORPORATION, a Delaware corporation, et al.,

    Defendants.

Case No.:  C03-02061 TEH

~~(PROPOSED)~~

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

    Kenneth L. Mann, an active member in good standing of the bar of Arizona, whose business address and telephone number are BEUS GILBERT PLLC, 4800 North Scottsdale Road, Suite 6000, Scottsdale, Arizona 85251, telephone (480) 429-3000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communications with local co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: _____11/16/05_____

_____

Thelton E. Henderson
United States District Judge