Stephen D. Hibbard (State Bar No. 177865)
Raymond A. Just (State Bar No. 204791)
Alicia G. Huffman (State Bar No. 224391)
Jiyoun Chung (State Bar No. 226900)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, California 94105-2723
Telephone:   (415) 616-1100
Facsimile:    (415) 616-1199
Email:          shibbard@shearman.com
                    rjust@shearman.com
                    alicia.huffman@shearman.com
                    jiyoun.chung@shearman.com

Robert B. McCaw (Admitted *Pro Hac Vice*)
Fraser L. Hunter, Jr. (Admitted *Pro Hac Vice*)
WILMER CUTLER PICKERING HALE & DORR LLP
399 Park Avenue
New York, New York 10022
Telephone:   (212) 230-8800
Facsimile:    (212) 230-8888

Attorneys for Defendants
Credit Suisse First Boston LLC,
George F. Boutros and Storm Duncan

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK SCOGNAMILLO, an individual, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIT SUISSE FIRST BOSTON LLC f/k/a CREDIT SUISSE FIRST BOSTON CORPORATION, a Delaware Corporation; et al.,<br><br>Defendants. | Case No. C 03-02061 TEH<br><br>Assigned to The Hon. Thelton E. Henderson<br><br>JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING CSFB DEFENDANTS' TIME TO ANSWER PLAINTIFFS' FIFTH AMENDED COMPLAINT<br><br>Judge: The Honorable Thelton E. Henderson |

1  WHEREAS, pursuant to a Joint Stipulation and Order signed by the Court on November 10, 2005, Defendants Credit Suisse First Boston LLC, George F. Boutros and Storm Duncan's (the "CSFB Defendants'") time to answer or otherwise respond to the Fifth Amended Complaint is December 23, 2005;

WHEREAS, the parties have continued their efforts to meet and confer on a number of issues regarding the Fifth Amended Complaint since its filing on November 23, 2005;

WHEREAS, the CSFB Defendants wish to have more time to prepare their answer to the Fifth Amended Complaint and plaintiffs are agreeable to the same, since this extension will not impede the continued progress of this action;

NOW THEREFORE, the parties, by and among their undersigned counsel, hereby jointly stipulate and request the Court order as follows:

1. The CSFB Defendants' time to answer the Fifth Amended Complaint shall be extended to January 20, 2006.

Dated: December 13, 2005        SHEARMAN & STERLING LLP

By: /s/ Stephen D. Hibbard
Stephen D. Hibbard

WILMER CUTLER PICKERING HALE & DORR LLP
399 Park Avenue
New York, New York 10022

Attorneys for Defendants
Credit Suisse First Boston LLC,
George F. Boutros and Storm Duncan

1  Dated: December 15, 2005        GREEN WELLING LLP

3                                  By: _____
                                        Robert S. Green

5                                  GREEN WELLING LLP
                                   595 Market Street, Suite 2750
                                   San Francisco, California 94104
6                                  Telephone: (415) 477-6700
                                   Facsimile: (415) 477-6710

8                                  Quinton F. Seamons
                                   Leo R. Beus
9                                  BEUS GILBERT PLLC
                                   4800 North Scottsdale Road, Suite 6000
                                   Scottsdale, AZ 85251-7630
10                                 Telephone: (480) 429-3000
                                   Facsimile: (480) 429-3100

12                                 Attorneys for Plaintiffs

                                   ORDER
15           IT IS SO ORDERED.

16   DATED:  12/15/05              _____
17                                 HONORABLE THELTON E. HENDERSON

                                   IT IS SO ORDERED
                                   Judge Thelton E. Henderson

JOINT STIP. AND [PROPOSED] ORDER        2                CASE NO. C 03-02061 TEH
EXTENDING TIME TO ANSWER
                                                                         254314