Stephen D. Hibbard (State Bar No. 177865)
Raymond A. Just (State Bar No. 204791)
Alicia G. Huffman (State Bar No. 224391)
Jiyoun Chung (State Bar No. 226900)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, California 94105-2723
Telephone:    (415) 616-1100
Facsimile:    (415) 616-1199
Email:    shibbard@shearman.com
          rjust@shearman.com
          alicia.huffman@shearman.com
          jiyoun.chung@shearman.com

Robert B. McCaw (Admitted *Pro Hac Vice*)
Fraser L. Hunter, Jr. (Admitted *Pro Hac Vice*)
WILMER CUTLER PICKERING HALE & DORR LLP
399 Park Avenue
New York, New York 10022
Telephone:    (212) 230-8800
Facsimile:    (212) 230-8888

Attorneys for Defendants
Credit Suisse First Boston LLC,
George F. Boutros and Storm Duncan

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK SCOGNAMILLO, an individual, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIT SUISSE FIRST BOSTON LLC f/k/a CREDIT SUISSE FIRST BOSTON CORPORATION, a Delaware Corporation; et al.,<br><br>Defendants. | Case No. C 03-02061 TEH<br><br>Assigned to The Hon. Thelton E. Henderson<br><br>JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE CSFB DEFENDANTS' TIME TO ANSWER PLAINTIFFS' FIFTH AMENDED COMPLAINT<br><br>Judge: The Honorable Thelton E. Henderson |

1   WHEREAS, pursuant to a Joint Stipulation and Order signed by the Court on
2   December 16, 2005, Defendants Credit Suisse First Boston LLC, George F. Boutros and Storm
3   Duncan's (the "CSFB Defendants'") time to answer or otherwise respond to the Fifth Amended
4   Complaint is January 20, 2006;
5   WHEREAS, due to holiday travel and schedule complications, the CSFB
6   Defendants require two additional weeks time to review and finalize their answer to the Fifth
7   Amended Complaint;
8   WHEREAS plaintiffs are agreeable to this extension, since this extension will not
9   impede the continued progress of this action;
10   NOW THEREFORE, the parties, by and among their undersigned counsel, hereby
11   jointly stipulate and request the Court order as follows:
12   1.   The CSFB Defendants' time to answer the Fifth Amended Complaint shall
13   be extended to February 3, 2006.

15   Dated: January 18, 2006            SHEARMAN & STERLING LLP

17                                      By: _____
                                             Stephen D. Hibbard

                                        Attorneys for Defendants
                                        Credit Suisse First Boston LLC,
                                        George F. Boutros and Storm Duncan

---

JOINT STIP. AND [PROPOSED] ORDER           1           CASE NO. C 03-02061 TEH
EXTENDING TIME TO ANSWER
                                                                        255027

Dated: January 18, 2006                    GREEN WELLING LLP

By: /s/ Robert S. Green
    Robert S. Green

GREEN WELLING LLP
595 Market Street, Suite 2750
San Francisco, California 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Quinton F. Seamons
Leo R. Beus
BEUS GILBERT PLLC
4800 North Scottsdale Road, Suite 6000
Scottsdale, AZ 85251-7630
Telephone: (480) 429-3000
Facsimile: (480) 429-3100

Attorneys for Plaintiffs

ORDER

IT IS SO ORDERED.

DATED: __Jan. 18, 2006__                    _____
                                            HONORABLE THELTON E. HENDERSON

*[Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson]*