Stephen D. Hibbard (State Bar No. 177865)
Raymond A. Just (State Bar No. 204791)
Alicia G. Huffman (State Bar No. 224391)
Jiyoun Chung (State Bar No. 226900)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, California 94105-2723
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: shibbard@shearman.com
rjust@shearman.com
alicia.huffman@shearman.com
jiyoun.chung@shearman.com

Robert B. McCaw (Admitted *Pro Hac Vice*)
Fraser L. Hunter, Jr. (Admitted *Pro Hac Vice*)
WILMER CUTLER PICKERING HALE & DORR LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Attorneys for Defendants
Credit Suisse Securities (USA) LLC,
George F. Boutros and Storm Duncan

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK SCOGNAMILLO, an individual, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIT SUISSE FIRST BOSTON LLC f/k/a CREDIT SUISSE FIRST BOSTON CORPORATION, a Delaware Corporation, et al.,<br><br>Defendants. | Case No. C 03-02061 TEH<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER RE CASE MANAGEMENT CONFERENCE<br><br>Hearing Date: February 27, 2006<br>Time: 1:30 p.m.<br>Courtroom: 12<br>Judge: The Hon. Thelton E. Henderson |

WHEREAS, a Case Management Conference is currently scheduled in this action for February 27, 2006 at 1:30 p.m.;

WHEREAS, the Credit Suisse Defendants' primary litigation counsel, Stephen D. Hibbard, is required to attend a Case Management Conference in another matter for Credit Suisse in Los Angeles, California, on February 27, 2006 at 1:30 p.m. in a complex action involving nearly two dozen parties;

WHEREAS, plaintiffs' counsel, Quinton F. Seamons, has had to undergo surgery, will require additional surgery, and is unlikely to be sufficiently recovered to attend a Case Management Conference in this matter until late March 2006, at the earliest.

NOW THEREFORE, the parties, by and among their undersigned counsel, hereby jointly stipulate and request the Court order as follows:

1. The Case Management Conference currently scheduled for February 27, 2006 at 1:30 p.m. shall be continued to March 27, 2006 at 1:30 p.m., or at such other date and time as is convenient for the Court.

Dated: February 15, 2006

SHEARMAN & STERLING LLP

By: Stephen D Hibbard
Stephen D. Hibbard

WILMER CUTLER PICKERING HALE & DORR LLP
399 Park Avenue
New York, New York 10022

Attorneys for Defendants Credit Suisse Securities (USA) LLC, George F. Boutros and Storm Duncan

Dated: February 15, 2006

GREEN WELLING LLP
Robert S. Green
Elizabeth C. Guarnieri

By: Robert S. Green / by SDH with permission
Robert S. Green

595 Market Street, Suite 2750

San Francisco, California 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

BEUS GILBERT PLLC
Leo R. Beus (*pro hac vice)*
Quinton F. Seamons (*pro hac vice)*
Kenneth L. Mann(*pro hac vice)*

By: ______________________
Kenneth L. Mann

4800 North Scottsdale Road
Suite 6000
Scottsdale, Arizona 85251-7630
Telephone: (408) 429-3000
Facsimile: (408) 429-3100

Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

Dated: 02/15/06

THE HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
Judge Thelton E. Henderson