IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK SCOGNAMILLO, et al.,

    Plaintiffs,

v.

CREDIT SUISSE FIRST BOSTON LLC, et al.,

    Defendants.

NO. C03-2061 TEH

ORDER SETTING DISCOVERY DEADLINES

    As ordered at the August 28, 2006 case management conference, the parties shall comply with the following discovery deadlines proposed in their joint case management conference statement:

| | |
|---|---|
| May 31, 2007 | Fact discovery completed |
| July 2, 2007 | Plaintiffs' experts disclosed |
| July 30, 2007 | Defendants' experts disclosed |
| August 27, 2007 | Plaintiffs' rebuttal experts disclosed |
| September 24, 2007 | Expert depositions completed |

**IT IS SO ORDERED.**

Dated: 08/29/06

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

1