Leo R. Beus (*Amitted Pro Hac Vice*)
Quinton F. Seamons (*Admitted Pro Hac Vice*)
Kenneth L. Mann
**BEUS GILBERT PLLC**
4800 North Scottsdale Road
Suite 6000
Scottsdale, Arizona  85251-7630
Telephone:  (480) 429-3000
Facsimile:  (480) 429-3100

Robert S. Green (Calif. Bar No. 136183)
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, California 94105
Telephone:  (415) 477-6700
Facsimile:  (415) 477-6710
Email:  cand.uscourts@classcounsel.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SCOGNAMILLO, an individual; FRANK SCOGNAMILLO and ELLEN H. SCOGNAMILLO in their capacities as Trustees for the SCOGNAMILLO FAMILY TRUST, UTA dated March 1, 1993; DAVID E. SHEIN, an individual; STEPHEN B. GALASSO, an individual; STEPHEN B. GALASSO and LINDA GALASSO in their capacities as Trustees for the STEPHEN AND LINDA GALASSO FAMILY TRUST, UTA dated August 26, 1998; and JOHN J. CRESTO, an individual;<br><br>                              Plaintiffs,<br><br>            vs.<br><br>CREDIT SUISSE FIRST BOSTON LLC f/k/a CREDIT SUISSE FIRST BOSTON CORPORATION, a Delaware corporation; FRANK P. QUATTRONE, an individual; GEORGE F. BOUTROS, an individual; STORM DUNCAN, an individual, WEST SHELL, III, an individual, and JOHN F. LONGINOTTI, an individual;<br><br>                              Defendants. | Case No.:  C03-02061 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE MARCH 12, 2007 CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date: March 12, 2007<br>Time:              1:30 pm<br>Dept.:             Courtroom 12<br>Judge:  The Hon. Thelton E. Henderson |

1    This Stipulation is entered into by and among Plaintiffs and Defendants, as captioned
2  above, by and through their respective attorneys of record.
3    A case management conference is scheduled before this Court on March 12, 2007;
4    Counsel for both parties notified the Courtroom Clerk that Plaintiffs sought to reschedule
5  the March 12, 2007, case management conference; and
6    The Courtroom Clerk indicated that March 19, 2007, is an available date for the case
7  management conference.
8    THEREFORE, the parties hereby stipulate that the March 12, 2007, case management
9  conference is hereby rescheduled to March 19, 2007 at 1:30 p.m.
10  IT IS SO STIPULATED.

12  DATED:  February 28, 2007          **GREEN WELLING LLP**

                                       By:  _____/s/_____
                                            Robert S. Green

                                       595 Market Street, Suite 2750
                                       San Francisco, California 94105
                                       Telephone:  (415) 477-6700
                                       Facsimile:  (415) 477-6710

                                       Leo R. Beus (*Amitted Pro Hac Vice*)
                                       Quinton F. Seamons (*Admitted Pro Hac Vice*)
                                       Kenneth L. Mann
                                       **BEUS GILBERT PLLC**
                                       4800 North Scottsdale Road
                                       Suite 6000
                                       Scottsdale, Arizona  85251-7630
                                       Telephone:  (480) 429-3000
                                       Facsimile:  (480) 429-3100

                                       Attorneys for Plaintiffs

1 | DATED: February 28, 2007        **SHEARMAN & STERLING LLP**

By: _____/s/_____
Stephen D. Hibbard

Raymond A. Just (State Bar No. 204791)
525 Market Street, Suite 1500
San Francisco, California  94105-2723
Telephone:  (415) 616-1100
Facsimile:  (415) 616-1199

Robert B. McCaw (Admitted Pro Hac Vice)
Fraser L. Hunter, Jr. (Admitted Pro Hac Vice)
**WILMER CUTLER PICKERING HALE & DORR LLP**
399 Park Avenue
New York, New York  10022
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888

### GENERAL ORDER 45(X)

I, Robert S. Green, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order.  In compliance with General Order 45 (X)(B), I hereby attest that Stephen D. Hibbard concurred in this filing.

Dated:  February 28, 2007        By: _____/s/_____
Robert S. Green

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 03/01/07

_____
Thelton E. Henderson
Judge

*Judge Thelton E. Henderson*
*United States District Court, Northern District of California*