IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK SCOGNAMILLO, et al.,

Plaintiffs,

v.

CREDIT SUISSE FIRST BOSTON
LLC, et al.,

Defendants.

NO. C03-2061 TEH

ORDER REVISING DISCOVERY
DEADLINES AND VACATING
CASE MANAGEMENT
CONFERENCE

The Court finds good cause to order the following jointly proposed extensions to the discovery schedule:

| | |
|---|---|
| December 21, 2007 | Fact discovery completed |
| February 18, 2008 | Plaintiffs' experts disclosed |
| March 31, 2008 | Defendants' experts disclosed |
| April 28, 2008 | Plaintiffs' rebuttal experts disclosed |
| June 9, 2008 | Expert discovery completed |

Because this resolves the only issue requiring discussion at the upcoming case management conference, the Court VACATES the May 21, 2007 case management conference. The parties shall appear for a further case management conference on **Monday, September 17, 2007, at 1:30 PM**, and file a joint case management statement on or before **September 10, 2007.**

**IT IS SO ORDERED.**

Dated:   05/16/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

United States District Court
For the Northern District of California