# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SCOGNAMILLO, et al.,<br><br>   Plaintiffs,<br><br>vs.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, etc., et al.,<br><br>   Defendants. | Case No.: C03-02061 TEH<br><br>[~~PROPOSED~~] ORDER REVISING DISCOVERY DEADLINES AND VACATING CASE MANAGEMENT CONFERENCE |

Upon consideration of the parties' joint case management statement, the Court finds good cause to order the following jointly proposed extensions to the discovery schedule:

| | |
|---|---|
| March 14, 2008: | Fact discovery completed. |
| April 14, 2008: | Plaintiffs' experts disclosed. |
| May 12, 2008: | Defendants' experts disclosed. |
| June 9, 2008: | Plaintiffs' rebuttal experts disclosed. |
| July 18, 2008: | Expert discovery completed. |

Because the foregoing resolves the only issue requiring discussion at the upcoming Case Management Conference, the Court vacates the September 17, 2007 Case Management Conference. The parties shall appear for a further Case Management Conference on Monday, November 26, 2007, and file a Joint Case Management Statement on or before November 19, 2007.

IT IS SO ORDERED.



IT IS SO ORDERED
Judge Thelton E. Henderson
09/11/07