UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK SCOGNAMILLO, an individual, et al., <br> Plaintiffs, <br> vs. <br> CREDIT SUISSE FIRST BOSTON LLC f/k/a CREDIT SUISSE FIRST BOSTON CORPORATION, a Delaware Corporation, et al., <br> Defendants. | Case No.: C 03-02061 TEH <br><br> [PROPOSED] ORDER REVISING DISCOVERY DEADLINES AND VACATING CASE MANAGEMENT CONFERENCE |

Upon consideration of the parties' joint case management statement, the Court finds good cause to order the following jointly proposed extensions to the discovery schedule:

    June 12, 2008:    Fact discovery completed

    July 11, 2007:    Plaintiffs' experts disclosed

    August 8, 2008:    Defendants' experts disclosed

    September 8, 2008:    Plaintiffs' rebuttal experts disclosed

    October 17, 2008:    Expert discovery completed

Because the foregoing resolves the only issue requiring discussion at the upcoming Case Management Conference, the Court vacates the December 3, 2007 Case Management Conference.

1  The parties shall appear for a further Case Management Conference on Monday, February 25,
2  2008 at 1:30 PM, and file a Joint Case Management Statement on or before February 18, 2008.
3      IT IS SO ORDERED.



[PROPOSED] ORDER REVISING    2    CASE NO. C 03-02061 TEH
DISCOVERYDEADLINES AND VACATING CMC    270247