IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SCOGNAMILLO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE FIRST BOSTON, LLC f/k/a CREDIT SUISSE FIRST BOSTON CORPORATION, et al.,<br><br>Defendants. | NO. C03-2061 TEH<br><br>ORDER CONTINUING HEARING AND REQUIRING SUPPLEMENTAL SUBMISSION ON PLAINTIFFS' MOTION FOR LEAVE TO FILE SIXTH AMENDED COMPLAINT |

    Plaintiffs have filed a Motion for Leave to File a Sixth Amended Complaint, now set for hearing on September 8, 2008.  While Plaintiffs filed a redlined comparison of the Fifth Amended Complaint and the proposed Sixth Amended Complaint, that document does not usefully show the differences between the two.

    Accordingly, Plaintiffs are hereby ORDERED to file a description, summary, or chart succinctly setting out all the material differences between the factual allegations and claims of the Fifth Amended Complaint and the proposed Sixth Amended Complaint.  The summary shall be of no more than eight pages and shall be filed on or before Wednesday, September 13, 2008.  Defendants' Opposition to Plaintiff's Motion for Leave to File a Sixth Amended Complaint shall be filed on or before Friday, August 22nd, 2008.  Plaintiffs' Reply shall be filed on or before Friday, August 29, 2008.

//

//

United States District Court
For the Northern District of California

The September 8, 2008 hearing on Plaintiffs' Motion is hereby VACATED. The Court will hear the Motion on Monday, September 15, 2008 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:   August 6, 2008

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT