IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SCOGNAMILLO, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>CREDIT SUISSE FIRST BOSTON, LLC f/k/a CREDIT SUISSE FIRST BOSTON CORPORATION, et al.,<br><br>                    Defendants. | NO. C03-2061 TEH<br><br>ORDER RESETTING BRIEFING AND HEARING SCHEDULE |

The prior briefing and hearing schedule on Plaintiff's Motion for Leave to File a Sixth Amended Complaint is hereby VACATED.  Defendant's Opposition to the motion shall be filed on or before August 28, 2008, and Plaintiff's Reply shall be filed on or before September 5, 2008.  The Court will hear argument on the motion at 10:00 a.m. on September 22, 2008.

**IT IS SO ORDERED.**

Dated:  8/18/08

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT