United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK SCOGNAMILLO, et al.,

    Plaintiffs,

v.

CREDIT SUISSE FIRST BOSTON, LLC f/k/a CREDIT SUISSE FIRST BOSTON CORPORATION, et al.,

    Defendants.

NO. C03-2061 TEH

ORDER AUTHORIZING USE OF COMPUTER EQUIPMENT AT SEPTEMBER 22, 2008 HEARING AND SETTING TIME LIMITS

    IT IS HEREBY ORDERED that Plaintiffs and their counsel listed below are authorized to transport through security to Courtroom 12 the computer equipment they need for a PowerPoint presentation at the hearing on Plaintiffs' Motion for Leave to File Sixth Amended Complaint in this matter set for 10:00 a.m. on September 22, 2008.

//
//
//
//
//
//
//

Time for argument on the Motion will be limited. Plaintiffs may have up to forty minutes, including rebuttal, to argue in support of the motion. Defendant may have up to thirty minutes to oppose the motion.

**IT IS SO ORDERED.**

Dated: 9/17/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

Attorneys for Plaintiffs:

Robert S. Green
GREEN WELLING LLP
595 Market Street, Suite 2750
San Francisco, California 94105

Leo R. Beus (Amitted Pro Hac Vice)
Quinton F. Seamons (Admitted Pro Hac Vice)
Kenneth L. Mann (Admitted Pro Hac Vice)
BEUS GILBERT PLLC
4800 North Scottsdale Road
Suite 6000
Scottsdale, Arizona  85251-7630