Stephen D. Hibbard (State Bar No. 177865)
Jiyoun Chung (State Bar No. 226900)
Mary A. Moycik (State Bar No. 240806)
Sean T. Strauss (State Bar No. 245811)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, California  94105-2723
Telephone:    (415) 616-1100
Facsimile:    (415) 616-1199
Email:    stephen.hibbard@shearman.com
          jiyoun.chung@shearman.com
          mary.moycik@shearman.com
          sean.strauss@shearman.com

Robert B. McCaw (Admitted *Pro Hac Vice*)
Fraser L. Hunter, Jr. (Admitted *Pro Hac Vice*)
WILMER CUTLER PICKERING HALE & DORR LLP
399 Park Avenue
New York, New York  10022
Telephone:    (212) 230-8800
Facsimile:    (212) 230-8888

Attorneys For Defendants
Credit Suisse Securities (USA) LLC,
George F. Boutros and Storm Duncan

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK SCOGNAMILLO, an individual, et al.,<br><br>           Plaintiffs,<br><br>     vs.<br><br>CREDIT SUISSE FIRST BOSTON LLC f/k/a CREDIT SUISSE FIRST BOSTON CORPORATION, a Delaware Corporation, et al.,<br><br>           Defendants. | Case No. C 03-02061 TEH<br><br>[PROPOSED] ORDER AUTHORIZING USE OF COMPUTER EQUIPMENT AT THE SEPTEMBER 22, 2008 HEARING<br><br>Date:         September 22, 2008<br>Time:        10:00 a.m.<br>Courtroom:  12<br>Judge:       The Honorable<br>                  Thelton E. Henderson |

1  This matter came before the Court on the application of Defendants for an order
2  authorizing the use and transport through security of computer equipment for a PowerPoint
3  presentation at a hearing on September 22, 2008.
4  IT IS HEREBY ORDERED that Defendants and their counsel listed below are
5  authorized to transport through security to Courtroom 12, the necessary computer equipment
6  including a laptop, projector, screen and the related cabling in connection with the September 22,
7  2008 hearing set for 10:00 am.

Dated:   _____ 09/18/08 _____   _____
The Honorable Thelton E. H[enderson]
United States D[istrict Judge]

Submitted By:

Stephen D. Hibbard (State Bar No. 177865)
Jiyoun Chung (State Bar No. 226900)
Mary A. Moycik (State Bar No. 240806)
Sean T. Strauss (State Bar No. 245811)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, California  94105-2723
Telephone:   (415) 616-1100
Facsimile:   (415) 616-1199
Email:       stephen.hibbard@shearman.com
             jiyoun.chung@shearman.com
             mary.moycik@shearman.com
             sean.strauss@shearman.com

Attorneys For Defendants
Credit Suisse Securities (USA) LLC,
George F. Boutros and Storm Duncan

[PROPOSED] ORDER AUTHORIZING            1            CASE NO. C 03-02061 TEH
USE OF COMP. EQUIP. AT HEARING                                     275468