|   |   |
|---|---|
| 1 | Leo R. Beus (Admitted *Pro Hac Vice*) |
|   | lbeus@beusgilbert.com |
| 2 | Quinton F. Seamons (Admitted *Pro Hac Vice*) |
|   | qseamons@beusgilbert.com |
| 3 | Kenneth L. Mann (Admitted *Pro Hac Vice*) |
| 4 | kmann@beusgilbert.com |
|   | **BEUS GILBERT PLLC** |
| 5 | 4800 North Scottsdale Road, Suite 6000 |
|   | Scottsdale, Arizona 85251-7630 |
| 6 | Telephone: (480) 429-3000 |
| 7 | Facsimile: (480) 429-3100 |

Robert S. Green (Calif. Bar No. 136183)
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, California 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
cand.uscourts@classcounsel.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| FRANK SCOGNAMILLO, et al., | Case No.: C03-02061 TEH |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER DISMISSING DEFENDANTS GEORGE BOUTROS AND STORM DUNCAN WITH PREJUDICE** |
| vs. | |
| CREDIT SUISSE SECURITIES (USA) LLC, etc., et al., | |
| Defendants. | Assigned To The Honorable Thelton E. Henderson |

IT IS HEREBY STIPULATED, between and among the undersigned, that all claims asserted in this action against Defendants George Boutros and Storm Duncan be and are hereby dismissed with prejudice and without costs in favor of any party against any other.

DATED this _____ day of December 2008.

**BEUS GILBERT PLLC**

By  /s/ Leo R. Beus
   Leo R. Beus
   Quinton F. Seamons
   Kenneth L. Mann
   4800 North Scottsdale Road, Suite 6000
   Scottsdale, AZ  85251-7630

**GREEN WELLING LLP**
Robert S. Green
595 Market Street, Suite 2750
San Francisco, CA  94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Attorneys for Plaintiffs

**SHEARMAN & STERLING LLP**

By  /s/ Stephen D. Hibbard
   Stephen D. Hibbard
   525 Market Street, Suite 1500
   San Francisco, CA  94105

**WILMER CUTLER PICKERING HALE & DOOR LLP**
Robert B. McCaw
Fraser L. Hunter, Jr.
399 Park Ave.
New York, NY  10022

Attorneys for Defendants

IT IS SO ORDERED.

Dated: 01/23/09

HON. ... DERSON
UNITED ... E

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]

Stipulation and Order Dismissing Defendants George Boutros and Storm Duncan With Prejudice
Case No.: C03-02061 TEH