Stephen D. Hibbard (State Bar No. 177865)
Jiyoun Chung (State Bar No. 226900)
Sean T. Strauss (State Bar No. 245811)
Shearman & Sterling LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email:    stephen.hibbard@shearman.com
          jiyoun.chung@shearman.com
          sean.strauss@shearman.com

Robert B. McCaw (Admitted *Pro Hac Vice*)
Fraser L. Hunter, Jr. (Admitted *Pro Hac Vice*)
WILMER CUTLER PICKERING HALE & DORR LLP
399 Park Avenue
New York, New York 10022
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888

Attorneys for Defendants
Credit Suisse Securities (USA) LLC,

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK SCOGNAMILLO, an individual, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, etc., et al.,<br><br>Defendants. | Case No. C 03-02061 TEH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING DEFENDANT CREDIT SUISSE SECURITIES (USA) LLC WITH PREJUDICE |

1  IT IS HEREBY STIPULATED, between and among the undersigned, that all
2  claims asserted in this action against defendant Credit Suisse Securities (USA) LLC be and are
3  hereby dismissed with prejudice and without costs in favor of any party against any other.

Dated: August 18, 2009

**SHEARMAN & STERLING LLP**

By: *Stephen D Hibbard*

Stephen D. Hibbard
525 Market Street, Suite 1500
San Francisco, CA 94105

**WILMER CUTLER PICKERING HALE & DOOR LLP**
Robert B. McCaw
Fraser L. Hunter, Jr.
399 Park Ave.
New York, NY 10022

Attorneys for Defendant

Dated: August 18, 2009

**BEUS GILBERT PLLC**

By: *Quinton F. Seamons*

Quinton F. Seamons
4800 North Scottsdale Road, Suite 6000
Scottsdale, AZ 85251-7630

**GREEN WELLING LLP**
Robert S. Green
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Attorneys for Plaintiffs

<u>ORDER</u>

IT IS SO ORDERED.

DATED: 08/19/09

HONORABLE T
UNITED STATES

*/s/ Thelton Henderson*
Judge Thelton E. Henderson

STIPULATION AND [PROPOSED] ORDER   1
DISMISSING CREDIT SUISSE WITH PREJUDICE